SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, EMILIO PEREZ-SOLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>EMILIO PEREZ-SOLIS,<br><br>　　　　　Defendant. | CASE NO:  1:14-CR-00042-LJO/SKO<br><br>STIPULATION AND ORDER FOR A RESETTING OF THE CHANGE OF PLEA HEARING<br><br>Date:　　　Monday, December 15, 2014<br>Time:　　　8:30 a.m.<br>Courtroom:  Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant EMILIO PEREZ-SOLIS by and through his attorney that the date set for the Change of Plea hearing on Monday, December 15, 2014 at 8:30 a.m. be continued to Monday, January 12, 2015 at 8:30 a.m.  The justification for this request is that on December 9, 2014, the defendant, through his family, has communicated to counsel that he is wavering on his earlier decision to proceed with the change of plea currently set for January 12, 2015.  Because the defendant is incarcerated at the Lerdo detention center in Kern County, counsel does not have immediate access to the defendant.  The next available time for consulting with the defendant is December 17, 2014.  Counsel has already made arrangements with the U.S. Marshals Office to transport the defendant to Fresno on that date.  Because of the difficulty communicating with a federal prisoner housed at the Lerdo facility, counsel is not fully informed as to the nature of the

defendant's concerns that he wishes to have clarified by counsel.  It does not appear feasible to consult with the defendant and resolve his concerns prior to the currently set time for his change of plea.  Therefore, counsel is requesting that the change of plea hearing be continued until January 12, 2015.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. Sections 3161(h)(1)(F), 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

Respectfully submitted,

DATED:  December 11, 2014      /s/   Salvatore Sciandra
                               SALVATORE SCIANDRA
                               Attorney for Defendant,
                               EMILIO PEREZ-SOLIS


DATED:  December 11, 2014      /s/   Henry Carbajal, III
                               HENRY CARBAJAL, III
                               Assistant United States Attorney

                               Agreed to via email on 12/10/14

## ORDER

**IT IS SO FOUND AND ORDERED.**  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq*., within which trial must commence, the time period of the date of this stipulation to January 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
IT IS SO ORDERED.

Dated:   **December 11, 2014**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

**PEOPLE v. EMILIO PEREZ-SOLIS**
**STIPULATION AND  ORDER FOR A RESETTING OF THE CHANGE OF PLEA HEARING**
**CASE NO.: 1:14-CR-00042-LJO/SKO**                                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28