SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, EMILIO PEREZ-SOLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>EMILIO PEREZ-SOLIS,<br><br>Defendant. | CASE NO: 1:14-CR-00042-LJO/SKO<br><br>STIPULATION AND ORDER FOR A RESETTING OF THE CHANGE OF PLEA HEARING<br><br>Date:         Monday, January 12, 2015<br>Time:        8:30 a.m.<br>Courtroom: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant EMILIO PEREZ-SOLIS by and through his attorney that the date set for the Change of Plea hearing on Monday, January 12, 2015 at 8:30 a.m. be continued to Monday, January 26, 2015 at 8:30 a.m.  The justification for this request is as follows:  subsequent to the defendant signing a plea agreement, counsel for the defendant and the government conducted further plea negotiations.  The renewed plea negotiations resulted in different agreements by both the government and the defendant.  It is expected that the government will provide the defendant with the amended plea agreement by January 9, 2015.  Because the defendant is incarcerated in Kern County, it is not possible for counsel to review the new plea agreement and secure the defendant signature prior to the Change of Plea hearing on Monday, January 12, 2015.  The parties therefore request that the Change of Plea hearing currently set on January 12, 2015 be

continued to January 26, 2015.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. Sections 3161(h)(1)(F), 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

Respectfully submitted,

DATED: January 8, 2015         /s/   Salvatore Sciandra
                               SALVATORE SCIANDRA
                               Attorney for Defendant,
                               EMILIO PEREZ-SOLIS


DATED: January 8, 2015         /s/   Henry Carbajal, III
                               HENRY CARBAJAL, III
                               Assistant United States Attorney

                               Agreed to via email on 1/8/2015.

## ORDER

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of the date of this stipulation to January 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 8, 2015**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE