BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
PATRICK R. DELAHUNTY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00042-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| EMILIO PEREZ-SOLIS, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Emilio Perez-Solis, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Emilio Perez-Solis' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of and destroyed according to law:

    a. Items seized from Emilio Perez-Solis at S. Cherry Ave. in Fresno, California (all numbers are approximate):

        (1) 57,615 counterfeit audio CDs,
        (2) 12,900 counterfeit movie DVDs,
        (3) 271 counterfeit music DVDs,
        (4) 20 counterfeit music CD samples,
        (5) 140 counterfeit music DVD samples,
        (6) 5750 clear CD/DVD sleeves,
        (7) 1200 plastic CD/DVD cases,

>    (8)  1 Samsung Galaxy Cell Phone,
>    (9)  89 counterfeit movie DVDs, and
>    (10) 500 clear plastic CD/DVD sleeves.

> b. 23 counterfeit movie DVDs seized from Hernan Cortes in Fresno, California on February 21, 2014.

> c. 260 counterfeit movie DVDs and 83 counterfeit audio CDs purchased from Emilio Perez-Solis on January 31, 2014.

> d. Items seized from the van of Emilio Perez-Solis in Fresno, California on February 21, 2014:

>>    (1) 3000 blank DVDs, and
>>    (2) 5000 DVD cases.

2.  The above-listed assets constitute property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 371.

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4.  a. Pursuant to 18 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

> b. This notice shall state that any person, other than the

defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **April 17, 2015**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE